UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Marline Rivera Colón et al.,
    Plaintiffs,
    V.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/21/99<br>[ ] Plffs<br>[ ] Other<br><br>**Title:** Motion to Withdraw<br><br>Docket #21<br>[x] Defts | Counsel is granted leave to withdraw. Defendants are ordered to have new counsel make an appearance by October 22, 1999, or they will be entered in default. |

Date 9/30/99

HECTOR M. LAFFITTE
U.S. District Judge

Rec'd:    EOD:

By:    #

