UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marlene Rivera Colón, et al.,
    Plaintiffs,
    v.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

| MOTION |
|---|

Date Filed: 9/29/99    Docket #23    [ ] Plffs  [x] Defts
Title: Notice of Appearance
Opp'n Filed:    Docket #

| ORDER |
|---|

    Attorney Ileana Virginia Espada-Martínez' appearance as record counsel for co-defendant Nilsa Bonilla Santiago is noted. The Clerk of the Court and all parties plaintiff shall notify any communications and documents to
    Ileana Virginia Espada-Martínez, Esq.
    Department of Justice of Puerto Rico
    Federal Litigation Division
    P.O. Box 9020192
    San Juan, Puerto Rico 00902-0192

Date 10/4/99    HECTOR M. LAFFITTE
    Chief U.S. District Judge

Rec'd:    EOD:

By:    #

