## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Marline Rivera Colon, et al.,
    Plaintiffs,

v.

Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

### MOTION

Date Filed: 9/22/99   Docket #22   [x] Plffs  [] Defts
Title: Motion for Order Compelling Discovery
Opp'n Filed:   Docket #

### ORDER

Granted. Defendant Consorcio Municipios Carolina-Trujillo Alto shall by October 26, 1999 produce and make available for inspection the documents listed in Plaintiff's Exhibit F, Dkt. No. 22.

Date 10/11/99   HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:   EOD:

By:   #


