UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera Colon, et al.,
   Plaintiffs,
      v.
Municipality of Trujillo Alto, et al.,
   Defendants.

CASE NUMBER: 98-1761 (HL)



## MOTION

Date Filed: 3/25/99   Docket #19   [x] Plffs  [] Defts
Title: Motion to Strike Reply
Opp'n Filed:   Docket #

## ORDER

Denied. Plaintiffs shall be allowed to file a sur-reply to Defendant Nilsa Bonilla Santiago's Reply, Dkt. No. 18. No further documents shall be filed regarding this matter.

Date 10/17/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:   EOD:

By:   #


