UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marlene Rivera Colon, et al.,
    Plaintiffs,
    v.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

## MOTION

Date Filed: 11/1/99   Docket #29   [ ] Plffs [x] Defts
Title: Motion Requesting Leave to Withdraw
Opp'n Filed:   Docket #

## ORDER

Granted. All future notices shall be sent to
Francisco A. Ojeda-Diez, Esq.
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192

Date 11-04-99   HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:   EOD:

By:   #


