UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera Colon, et al.,
    Plaintiffs,
       v.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

| MOTION |
|---|
| Date Filed: 1/19/00   Docket #31   [x] Plffs [x] Defts
Title: Joint Motion Requesting Extension of Time for Discovery and Dispositive Motions
Opp'n Filed:   Docket # |

| ORDER |
|---|
| Denied without prejudice for failure to comply with Local Rule 311(14)(B). |

Date | 1-21-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


