UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
    v.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

## MOTION

Date Filed: 1/27/00   Docket #33   [ ] Plffs [x] Defts
Title: Motion Requesting Extension of Time
Opp'n Filed:   Docket #

## ORDER

The dispositive motion deadline is hereby extended from January 29, 2000 to February 19, 2000.

Date 1-28-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


