UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
V.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

---

**MOTION**

Date Filed: 2/22/00    Docket #38    [] Plffs  [x] Defts
Title: Defendant Nilsa Bonilla's Motion to Join
Opp'n Filed:    Docket #

**ORDER**

Granted.

---

**MOTION**

Date Filed: 2/22/00    Docket #36    [] Plffs  [x] Defts
Title: Motion Requesting Thirty Days to File Certified Translations
Opp'n Filed:    Docket #

**ORDER**

Defendants are granted until March 23, 2000 to file certified translations.

---

**MOTION**

Date Filed: 2/22/00    Docket #35    [] Plffs  [x] Defts
Title: Motion for Summary Judgment and Motion to Join
Opp'n Filed:    Docket #

**ORDER**

The Court shall consider Defendants to have joined any motions for summary judgment filed by any co-defendants.

Date 3/3/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge



