UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera Colon, et al.,
   Plaintiffs,
      V.
Municipality of Trujillo Alto, et al.,
   Defendants.

CASE NUMBER: 98-1761 (HL)



## MOTION

Date Filed: 3/2/00   Docket #39   [x] Plffs  [] Defts
Title: Motion for Extension of Time to File Opposition to Motion for Summary Judgment
Opp'n Filed:   Docket #

## ORDER

Plaintiffs have until April 3, 2000 to file their opposition to Defendants' Motions for Summary Judgment.

Date 3/8/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

