UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
    V.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

## MOTION

Date Filed: 3/23/00    Docket #43    [] Plffs [x] Defts
Title: Second Motion Requesting Thirty Days to File Certified Translations
Opp'n Filed:    Docket #

## ORDER

Granted.

Date 3/27/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

