UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
        V.                                  CASE NUMBER: 98-1761 (HL)
Municipality of Trujillo Alto, et al.,
    Defendants.

## MOTION

Date Filed: 4/4/00    Docket #46    [x] Plffs [] Defts
Title: Motion Requesting Thirty Days to File Certified Court Translations
Opp'n Filed:    Docket #

## ORDER

Plaintiffs are granted until May 3, 2000 to file the translations of their exhibits.

Date 4/10/00        HECTOR M. LAFFITTE
                              Chief U.S. District Judge


