# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Marline Rivera Colon, et al.,
    Plaintiffs,
V.
Municipality of Trujillo Alto, et al.,
    Defendants.

**CASE NUMBER: 98-1761 (HL)**

| MOTION |
|---|
| Date Filed: 4/14/00   Docket #49   [] Plffs [x] Defts |
| Title: Motion Requesting Extension of Time |
| Opp'n Filed:   Docket # |

| ORDER |
|---|
| Defendants are granted until April 28, 2000 to present their settlement counter-offer. |

Date 4/18/00

HECTOR M. LAFFITTE
Chief U.S. District Judge



