ENTERED
5/3/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
    V.
Municipality of Trujillo Alto, et al.,
    Defendants.

**CASE NUMBER: 98-1761 (HL)**

## PARTIAL JUDGMENT

The Court having issued an Opinion and Order on this same date, partial judgment is hereby entered dismissing the claims against Defendant Nilsa Bonilla Santiago with prejudice.

Date 5-2-00    HECTOR M. LAFFITTE
    Chief United States District Judge


