# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
    V.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

## MOTION

Date Filed: 5/2/00   Docket #57   [x] Plffs [] Defts
Title: Motion Informing Acceptance of Offer of Judgment and Requesting Entry of Partial Judgment
Opp'n Filed:   Docket #

## ORDER

The Court hereby approves the parties' stipulation of dismissal and partial judgment. Partial judgment shall be entered accordingly.

Date 5/4/00

HECTOR M. LAFFITTE
Chief U.S. District Judge



