ENTERED ON DOCKET
5/4/00
PURSUANT TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,

V.                                                    **CASE NUMBER: 98-1761 (HL)**

Municipality of Trujillo Alto, et al.,
    Defendants.

## PARTIAL JUDGMENT

The Court having approved the parties' stipulation, partial judgment is hereby entered against Codefendants Municipality of Trujillo Alto and Brunilda Soto in favor of Plaintiff Marline Rivera in the amount of $30,000.00, including costs and attorney's fees. The Court hereby dismisses Plaintiff Marline Rivera's claims against Codefendants Municipality of Trujillo Alto and Brunilda Soto with prejudice.

Date 5-4-00

HECTOR M. LAFFITTE
Chief United States District Judge