UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera Colon, et al.,
    Plaintiffs,
        V.                              CRIMINAL NUMBER: 98-1761 (HL)
Municipality of Trujillo Alto, et al.,
    Defendants.

## MOTION

Date Filed: 5/2/00    Docket # 56    [ ] Plffs  [x] Defts
Title: Motion "In Limine," Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure
Opp'n Filed:    Docket #

## ORDER

Denied. Plaintiffs' announcement of witnesses violates no deadlines set in this Court's scheduling order and does not prejudice the Defendants in light of their disinterest in deposing the witnesses.

Date 5-15-00    HECTOR M. LAFFITTE
                              Chief U.S. District Judge

