# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
    V.                                                    CASE NUMBER: 98-1761 (HL)
Municipality of Trujillo Alto, et al.,
    Defendants.

| MOTION |
|---|
| **Date Filed:** 5/22/00    **Docket # 65**    [] Plffs  [x] Defts<br>**Title:** Motion to Not Consent to Jurisdiction by a United States Magistrate<br>**Opp'n Filed:**    **Docket #** |

| ORDER |
|---|
| The Court notes that the parties have not consented to have their case tried before a United States Magistrate Judge. The jury trial in this case remains set for June 1, 2000 before the undersigned. |

Date 5-25-00         HECTOR M. LAFFITTE
                          Chief U.S. District Judge

