# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
V.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)



## ORDER

On May 30, 2000 the parties met in the chambers of the undersigned. Both sides were represented by counsel. Appearing for Plaintiffs were Manuel San Juan and Juan R. Gonzalez Muñoz. Appearing for Defendants were Carlos M. Declet, Renato Barrios, and Candida Rosa Negron. The parties discussed settlement.

On May 31, 2000, Candida Rosa Negron informed the undersigned's courtroom deputy by telephone that her client had accepted the settlement terms discussed at the settlement conference. The parties shall have 10 days, until June 13, 2000, to file their settlement papers with the Court.

Date 5-31-00    HECTOR M. LAFFITTE
    Chief U.S. District Judge

