UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
    V.
Municipality of Trujillo Alto, et al.,
    Defendants.

CASE NUMBER: 98-1761 (HL)

**ORDER**

The jury trial scheduled for June 1, 2000 is hereby cancelled.

Date 5/31/00

HECTOR M. LAFFITTE
Chief U.S. District Judge