UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marline Rivera, et al.,
    Plaintiffs,
    V.                                    CASE NUMBER: 98-1761 (HL)
Municipality of Trujillo Alto, et al.,
    Defendants.

## ORDER

On June 2, 2000, the Court ordered the parties to file their settlement papers with the Court by June 13, 2000. No papers having been filed, the Court hereby orders the parties to file their settlement papers by July 7, 2000 or immediately thereafter face dismissal of this case.

Date 6/28/00     HECTOR M. LAFFITTE
                           Chief U.S. District Judge

