## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Rivera Colon, et al.,
    Plaintiffs,
    V.
Municipality of Trujillo Alto,
    Defendant.

CASE NUMBER: 98-1761 (HL)

### ORDER

The parties shall file their settlement papers with the Court by July 21, 2000. **No further extensions shall be granted.**

Date) |11|00

HECTOR M. LAFFITTE
Chief U.S. District Judge


