UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rivera Colon, et al.,
    Plaintiffs,
V.                              CASE NUMBER: 98-1761 (HL)
Municipality of Trujillo Alto,
    Defendant.

## MOTION

Date Filed: 7/7/00    Docket # 74    [x] Plffs [x] Defts
Title: Motion for Voluntary Dismissal
Opp'n Filed:    Docket #

## ORDER

Granted. The Court hereby approves the parties' settlement stipulation.

Date 7/14/00        HECTOR M. LAFFITTE
                                Chief U.S. District Judge



