RECEIVED & FILED

00 JUL 17 AM 10: 29

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

Rivera Colon, et al.,
        Plaintiffs,
                V.                          **CASE NUMBER:** 98-1761 (HL)
Municipality of Trujillo Alto,
        Defendant.

---

## JUDGMENT

The Court having granted the parties' joint motion for voluntary dismissal on this same date, judgment is hereby entered dismissing this case with prejudice.

Date 7/14/00                **HECTOR M. LAFFITTE**
                            **Chief United States District Judge**